[Cite as *Hasty v. Black*, 2026-Ohio-2867.]

| | | |
|---|---|---|
| STATE OF OHIO | ) | IN THE COURT OF APPEALS |
| | )ss: | NINTH JUDICIAL DISTRICT |
| COUNTY OF LORAIN | ) | |

RICHARD HASTY

    Petitioner

    v.

JENNIFER BLACK, WARDEN

    Respondent

C.A. No. 26CA000084

ORIGINAL ACTION IN HABEAS CORPUS

Dated: July 27, 2026

---

PER CURIAM.

{¶1} Richard Hasty has petitioned this Court for a writ of habeas corpus. Because Mr. Hasty failed to comply with the mandatory requirements of R.C. 2725.04(D), this Court must dismiss this case.

{¶2} R.C. 2725.04(D) requires a copy of the commitment papers to be filed with a petition for habeas corpus. The Ohio Supreme Court has held that because "'commitment papers are necessary for a complete understanding of the petition,'" the omission of commitment papers is a fatal defect. *Brown v. Rogers*, 72 Ohio St.3d 339, 341 (1995), quoting *Bloss v. Rogers*, 65 Ohio St.3d 145, 146 (1992). "When a petition is presented to a court that does not comply with R.C. 2725.04(D), there is no showing of how the commitment was procured and there is nothing before the court on which to make a determined judgment except, of course, the bare allegations of petitioner's application." *Brown* at 341, quoting *Bloss* at 146. Mr. Hasty did not comply with the mandatory requirements of R.C. 2725.04(D), so this case must be dismissed.

{¶3}    This case is dismissed.  Costs are taxed to Mr. Hasty.

{¶4}    The clerk of courts is hereby directed to serve upon all parties not in default notice of this judgment and its date of entry upon the journal.  Civ.R. 58.


_____
JILL FLAGG LANZINGER
FOR THE COURT

SUTTON, J.
STEVENSON, J.
CONCUR.


APPEARANCES:

RICHARD HASTY, Pro Se, Petitioner.

D. ANDREW WILSON, Ohio Attorney General, and ANDREW R. LINDHOME, Assistant Attorney General, for Respondent.